IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 14-cr-00423-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    NICOLE MITCHELL,

    Defendant.

---

## ORDER

---

This matter is before the court on Defendant's "Motion to be Admitted to Bail" [Doc. No. 155] filed June 18, 2015. The defendant was detained without bail by Order dated March 13, 2015. [Doc. No. 105.] The court therefore treats the motion as requesting that the detention hearing be reopened pursuant to Title 18 U.S.C. § 3142(f) upon a showing that

> information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community.

*Id.*

It is **ORDERED**:

1.    The Government shall file a Response to the above-referenced motion on or before June 29, 2015.

      2.     A hearing on the Defendant's Motion to be Admitted to Bail [Doc. No. 105] will be held on **June 30, 2015 at 11:00 a.m.**

DATED this 23d day of June 2015.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge