**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Emily Buchanan | Date: March 11, 2016 |
| Court Reporter:    Janet Coppock | Time: 1 hour and 3 minutes |
| Probation Officer:  Melissa Roberts | |

**CRIMINAL CASE NO. 14-cr-00423-PAB-5**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Celeste Rangel |
|        Plaintiff, | |
| v. | |
| 5. NICOLE MITCHELL, | Robert Berger |
|        Defendant. | |

**SENTENCING**

**11:07 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present in custody.  Also seated at plaintiff's table: FBI Special Agent Graham Coder.

Argument by Mr. Berger regarding defendant's objection to the probation department's recommendation of a two-level reduction as a minor participant, instead of a four-level reduction as a minimal participant.

Response by Ms. Rangel.

Reply by Mr. Berger.

**ORDERED:**  Defendant's objection is **OVERRULED**.

The remaining factual statements and guideline applications in the Presentence Report are not disputed by the parties and are adopted as the Court's findings of fact concerning sentencing.

Argument by Ms. Rangel regarding Government's §5K1.1 Motion for Downward Departure Based on Substantial Assistance.

Response by Mr. Berger.

**ORDERED:** Government's §5K1.1 Motion for Downward Departure Based on Substantial Assistance (Doc. No. 358) is **GRANTED**.

Sentencing statement and argument by Mr. Berger regarding Defendant's Motion for a Variant Sentence**.**

Sentencing statements by Ms. Rangel and defendant.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered her plea on December 11, 2015 to Count One of the Information.

Discussion regarding the defendant's sentence in Adams County.

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 U.S.C. § 3553(a) in arriving at sentence.

**ORDERED:** Defendant's Motion for a Variant Sentence (Doc. No. 345) is **DENIED**.

**ORDERED:** Government's Rule 48 Motion to Dismiss Count One of the Superseding Indictment [ECF #89] as to Nicole Mitchell (Doc. No. 361) is **GRANTED**.

**ORDERED:** Government's Motion for an Additional One-Level Reduction for Acceptance of Responsibility under U.S.S.G. § 3E1.1 (Doc. No. 362) is **GRANTED**.

**ORDERED:** Defendant shall be **imprisoned** for **80 months**, to run concurrently to the defendant's Adams County state case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility that has an RDAP program.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3 years**.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state, or local crime.
- (**X**) Defendant shall not unlawfully possess a controlled substance.
- (**X**) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (**X**) Defendant shall comply with the standard conditions that have been adopted by the Court.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of placement on supervised release and two periodic drug tests thereafter.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as approved by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay a **$100** Special Assessment Fee, due and payable immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**12:10 p.m.   COURT IN RECESS**

**Hearing concluded**