IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00423-PAB-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. NICOLE MITCHELL,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Government's Rule 48 Motion to Dismiss Count One of the Superseding Indictment as to Nicole Mitchell [Docket No. 361]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Rule 48 Motion to Dismiss Count One of the Superseding Indictment as to Nicole Mitchell [Docket No. 361] is granted. Count One of the Superseding Indictment is dismissed as to defendant Nicole Mitchell only.

DATED March 11, 2016.

                BY THE COURT:

                _____
                PHILIP A. BRIMMER
                United States District Judge